# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lazurus Wright, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00011-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David Mitchell | ) | |
| Ken Beaver | | |
| George Solomon | | |
| FNU Parker | | |
| C. Morrison | | |
| FNU Lambert | | |
| FNU Yarborough, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 8, 2015 Order.

September 8, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court